UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALAN GRIFFIN and               )
SUZANNE GRIFFIN,               )
        Plaintiffs,   )
                               )
                               )
                               )
      v.                  )   Civil Action No. 13-30142-KPN
                               )
                               )
                               )
TOWN OF AGAWAM,                )
        Defendant.    )

REPORT AND RECOMMENDATION WITH REGARD TO
(1) PLAINTIFFS' MOTION FOR RECONSIDERATION ON
MOTION TO STAY (Document No. 10) and (2) DISMISSAL
OF THE ACTION
September 19, 2013

NEIMAN, U.S.M.J.

      The court on August 26, 2013, issued a Memorandum and Order, which, in applicable part, required Plaintiffs to "demonstrate good cause why this action should not be dismissed for the reasons stated [in the Memorandum and Order] or . . . file a second amended complaint curing the pleading deficiencies noted herein." Plaintiffs have filed a second amended complaint, together with a motion for reconsideration on their motion to stay the Housing Court's motion to enforce removal of goats.

      As explained in the Memorandum and Order, which is incorporated herein by reference, the court found that Plaintiffs' complaint "fails to allege any facts that suggest [they] were denied due process or subjected to selective treatment based upon a Town policy or custom." The court also explained that, under the abstention doctrine of

*Younger v. Harris*, 401 U.S. 37 (1971), "Plaintiffs' claims would inappropriately intrude in a pending state proceeding."  Plaintiffs' second amended complaint suffers from the same significant deficiencies.  Accordingly, the court recommends to the District Court Judge to whom this matter will be re-assigned, given the absence of consent, that Plaintiffs' motion for reconsideration be denied and that this action be dismissed in accordance with the August 26, 2013 Memorandum and Order.[1]

Dated: September 19, 2013

                                          /s/   Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge

---

[1] Plaintiffs are advised that under the provisions of Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party who objects to these findings and recommendations must file a written objection with the Clerk of this Court **within fourteen (14) days** of the party's receipt of this Report and Recommendation.  The written objection must specifically identify the portion of the proposed findings or recommendations to which objection is made and the basis for such objection.  Plaintiffs are further advised that failure to comply with this rule shall preclude further appellate review by the Court of Appeals of the District Court order entered pursuant to this Report and Recommendation.  *See Keating v. Secretary of Health & Human Services*, 848 F.2d 271, 275 (1st Cir. 1988); *United States v. Valencia-Copete*, 792 F.2d 4, 6 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603, 604 (1st Cir. 1980).  *See also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985).