# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

ALAN GRIFFIN and SUZANNE GRIFFIN,  )
    Plaintiff                                   )
                                            )
          v.                         )   CIVIL ACTION NO. 3:13-cv-30142 -MAP
                                            )
TOWN OF AGAWAM,                  )
    Defendant                               )

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing this case.

                                                ROBERT M. FARRELL,
                                                CLERK OF COURT

Dated:  October 9, 2013                /s/ *Maurice G. Lindsay*
                                             Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98) [jgm.]